UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
          Plaintiff, ) Case No. 3:10-cr-00139-LRH-VPC
)
vs. )
) <u>ORDER</u>
BRYCE HARRY MONTOYA, )
)
          Defendant. )

Following the sentencing of the defendant in this action on July 11, 2011, the court offered the parties an opportunity to brief the amount of appropriate restitution to be ordered in this case. The supplemental briefing on restitution was filed by the Government on August 1, 2011 (doc. #33) and no further pleadings on this issue have been filed.

Good cause appearing, the court finds the pursuant to Title 18 U.S.C. § 3664(f)(1)(A) the court is required to order restitution in the full amount of the victim's losses as determined by the court. It appearing from the Government's supplemental briefing that the victim in this case, Jason Motley Garcia, has been "directly and proximately harmed" as a result of the subject assault in this action in an amount of three thousand thirty-one dollars ($3,031.00).

///

///

///

///

1      Good cause appearing, it is ordered that the judgment in this action be amended to reflect the court's order of restitution in the amount of three thousand thirty-one dollars ($3,031.00) in favor of victim Jason Motley Garcia.

     IT IS SO ORDERED.

     DATED this 23rd day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE